UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
  JAMAL REMONE BROADNAX                              CASE NO. 19-11345
  4 MAYO COURT                                      JUDGE BENJAMIN A. KAHN
  GREENSBORO, NC  27406

        DEBTOR

SSN(1) XXX-XX-6970                                  DATE: 07/28/2020

---

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| BIG PICTURE LOANS<br>P O BOX 704<br>WATERSMEET, MI  49969 | $0.00<br>INT: .00%<br>NAME ID: 159713<br>CLAIM #: 0007 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CONE HEALTH<br>% TRIAD FOOT CENTER<br>2001 N CHURCH ST<br>GREENSBORO, NC  27405 | $0.00<br>INT: .00%<br>NAME ID: 180364<br>CLAIM #: 0008 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| DALLAS BROADNAX<br>4 MAYO COURT<br>GREENSBORO, NC  27406 | $0.00<br>INT: .00%<br>NAME ID: 180399<br>CLAIM #: 0016 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FIRST POINT RESOURCES<br>P O BOX 26140<br>GREENSBORO, NC  27402 | $0.00<br>INT: .00%<br>NAME ID: 38570<br>CLAIM #: 0009 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GUILFORD COUNTY TAX<br>P O BOX 3138<br>GREENSBORO, NC  27402 | $5.30<br>INT: .00%<br>NAME ID: 119336<br>CLAIM #: 0001 | (U) UNSECURED<br><br>ACCT: 6970<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 6970<br>COMMENT: |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $3,990.72<br>INT: .00%<br>NAME ID: 158804<br>CLAIM #: 0012 | (U) UNSECURED<br><br>ACCT: 5314<br>COMMENT: COD,620TFCL |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT: 6970<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| NATIONAL FINANCE COMPANY INC<br>LYNDON SOUTHERN INC<br>% NATIONAL FINANCE COMPANY<br>151 PINNACLE PL<br>LITTLE RIVER, SC  29566 | $1,243.99<br>INT: .00%<br>NAME ID: 170564<br>CLAIM #: 0010 | | (U) UNSECURED<br><br>ACCT: 1254<br>COMMENT: |
| ONEMAIN<br>P O BOX 3251<br>EVANSVILLE, IN  47731 | $8,949.33<br>INT: .00%<br>NAME ID: 161576<br>CLAIM #: 0011 | | (U) UNSECURED<br><br>ACCT: 1883<br>COMMENT: COD |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | $5,852.32<br>INT: 6.75%<br>NAME ID: 170064<br>CLAIM #: 0004 | | (V) VEHICLE-SECURED<br><br>ACCT: 0303<br>COMMENT: 11SUZI |
| STATE EMPLOYEES CREDIT UNION<br>ATTN MANAGING OFFICER/AGENT<br>119 N SALISBURY ST<br>RALEIGH, NC  27603 | $0.00<br>INT: .00%<br>NAME ID: 173705<br>CLAIM #: 0005 | | (S) SECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | $0.00<br>INT: .00%<br>NAME ID: 170064<br>CLAIM #: 0006 | | (S) SECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | $1,609.31<br>INT: .00%<br>NAME ID: 170064<br>CLAIM #: 0013 | | (U) UNSECURED<br><br>ACCT: 0355<br>COMMENT: |
| US DEPARTMENT OF EDUCATION<br>DIRECT LOAN SERVICING CENTER<br>P O BOX 5609<br>GREENVILLE, TX  75403-5609 | $0.00<br>INT: .00%<br>NAME ID: 68394<br>CLAIM #: 0014 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ZOCALOANS<br>ROSEBUD LENDING LZO<br>P O BOX 1147<br>27565 RESEARCH PARK DR<br>MISSION, SD  57555 | $0.00<br>INT: .00%<br>NAME ID: 166729<br>CLAIM #: 0015 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$21,650.97** | | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $4,500.00 | | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

    The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtor or other party in interest.

    Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

        Clerk, U.S. Bankruptcy Court
        101 S. Edgeworth Street
        P.O. Box 26100
        Greensboro, NC  27420-6100

    If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date: 07/28/2020

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
    Clerk
    Chapter 13 Office
    500 W FRIENDLY AVE STE 200
    P O BOX 1720
    GREENSBORO, NC  27402-1720

cc: Debtor
    Attorney for Debtor - Electronic Notice